IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| TIMOTHY-ALLEN ALBERTSON,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware General Corporation, d/b/a META, f/k/a FACEBOOK, INC., and THEFACEBOOK, INC.,<br><br>Defendant. | Case No. 1:23-cv-00013<br><br>Removed from the Iowa District Court for Pottawattamie County,<br>Case No. LACV123945<br><br>NOTICE OF REMOVAL |

Defendant Meta Platforms, Inc. ("Meta"), pursuant to 28 U.S.C. §§ 1331, 1441, Federal Rule of Civil Procedure 81, and LR 81(a)(4), gives notice of the removal of this action from the Iowa District Court for Pottawattamie County to this Court. The grounds for removal are stated below.

### INTRODUCTION

1. On or about April 20, 2023, *pro se* Plaintiff Timothy-Allen Albertson filed a Complaint in the Iowa District Court for Pottawattamie County titled *Timothy-Allen Albertson v. META PLATFORMS, INC., a Delaware General Corporation, d/b/a META, f/k/a FACEBOOK, INC., and THEFACEBOOK, INC.* (the "State Court Action"). A true and correct copy of the Complaint, as filed on the Iowa District Court for Pottawattamie County docket, is attached as part of **Exhibit A** to the declaration of Elizabeth Culhane, filed concurrently herewith.

2. On the same day as filing the Complaint, Plaintiff also filed several other filings, including: (1) "Notice of Demand for Preservation of Writings"; (2) "Notice of Demand that Defendant Cease Denying Plaintiff Access to Facebook and Messenger and Intent to Move to File Supplemental Petition Pursuant to Iowa Rules of Civil Procedure Rule 1.414"; (3) "Notice that

Plaintiff Pro Se Will Only Communicate with an Attorney Licensed to Practice Law Before the Courts of the State of Iowa"; and (4) "Notice to Defendant of Obligation to Participate in Discovery Planning Conference Pursuant to Iowa Rules of Civil Procedure Rule 1.507 (together, the "Supplemental Filings"). A true and correct copy of the Supplemental Filings, as filed on the Iowa District Court for Pottawattamie County docket, are attached as part of Exhibit A to the declaration of Elizabeth Culhane, filed concurrently herewith.

3. On April 24, 2023, Meta was served a copy of the Original Notice, Complaint, and Supplemental Filings from Meta's registered agent in Iowa.

4. The Complaint alleges violation of the "Free Speech and Free Association and Petition Clauses of the Constitution of the United States." Compl. ¶ 29.

5. Plaintiff contends that Meta's alleged removal of homophobic, transphobic, and other hateful comments violates his free speech rights. Compl. ¶¶ 24, 29.

6. Plaintiff contends that Meta's alleged infringement of his rights has caused him to sustain "anguish of mind, humiliation, mortification, great pain and suffering of mind and body and other personal injury." Compl., ¶ 30.

7. Plaintiff seeks (1) general damages or nominal damages; (2) special damages for medical expenses; (3) punitive and exemplary damages, plus interest and costs, all "in an amount not stated pursuant to the provisions of Code of Iowa §619.18." Compl. at 18-19.

**JURISDICTION AND GROUNDS FOR REMOVAL**

8. Plaintiff served Defendant's registered agent in Iowa with the Original Notice and Complaint on April 24, 2023. *See* Culhane Decl. ¶ zot. Therefore, this Notice of Removal is timely as being filed within 30 days of service of the Complaint on Defendant. 28 U.S.C. 1446(b)(1).

9. This case falls within this Court's original jurisdiction pursuant to 28 U.S.C. § 1331 because it involves a claim arising under Federal Law. Namely, Plaintiff's claims arise from Meta's alleged violations of the First Amendment of the U.S. Constitution.

10. The State Court Action was originally brought in the Iowa District Court for Pottawattamie County, and therefore venue lies in the Southern District of Iowa, Western Division pursuant to 28 U.S.C. §§ 1441 and 1446.

**NOTICE OF REMOVAL IS TIMELY**

11. Meta will promptly provide written notice of the filing of this Notice of Removal to Plaintiff and will file a copy of the Notice of Removal with the Clerk of the Iowa District Court for Pottawattamie County, pursuant to 28 U.S.C. § 1446(d).

12. Pursuant to 28. U.S.C. § 1446(a) and LR 81(a), copies of all documents filed in the State Court Action are being filed with this Notice as Exhibit A.

**RESERVATION OF RIGHTS AND DEFENSES**

13. Meta reserves the right to amend or supplement this Notice of Removal or to present additional argument in support of its entitlement for removal.

14. Meta intends no admission of fact or liability by this Notice of Removal and does not waive any defenses, objections, or motions available under state or federal law. Further, Meta expressly reserves the right to move for dismissal of some or all of Plaintiff's claims on multiple grounds, including lack of personal jurisdiction, improper venue, failure to state a claim, and forum non conveniens.

WHEREFORE, Meta hereby notifies this Court, the state court, and the parties of the removal of this case to the United States District Court for the Southern District of Iowa, Western Division.

Dated: May 24, 2023

By: /s/ Elizabeth A. Culhane
Elizabeth A. Culhane, AT0013212
Steven R. Hogan, AT0015008
FRASER STRYKER PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE 68102
Telephone: (402) 341-6000
Facsimile: (402) 341-8290
eculhane@fraserstryker.com
shogan@fraserstryker.com
ATTORNEYS FOR DEFENDANT
META PLATFORMS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2023, I electronically filed the foregoing Notice of Removal with the Clerk of the Court using the CM/ECF system and served electronically on all registered users. I also hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

Timothy-Allen Albertson
3201 Renner Drive, Apt. No. E03
Council Bluffs, IA 51501-7983
Email: timothyallen.albertson@protonmail.com

/s/ Elizabeth A. Culhane